# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM R. CHAISSON,<br><br>        Petitioner,<br><br>        v.<br><br>JENNIFER SMITH, Parole Agent,<br><br>        Respondent. | Case No. EDCV 10-0243 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _Feb. 15, 2011__

_____
HON. MANUEL REAL
UNITED STATES DISTRICT JUDGE

1